

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, March 19, 2015

No. 04-14-00669-CR

Leobardo **ARAMBULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-13-288
Honorable Romero Molina, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 13, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court